UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN COON,<br><br>    Plaintiff,<br><br>  v.<br><br>REVEAL LABS, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-05191-MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Maria-Elena James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

The parties have not filed written consents to Magistrate Judge Maria-Elena James' jurisdiction. The parties also have the right to have their case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Judge Maria-Elena James's jurisdiction or request reassignment to a United States District Judge. Each party shall file either a consent or declination form by November 12, 2013. Both forms may be obtained at: http://www.cand.uscourts.gov/civilforms

**IT IS SO ORDERED.**

Dated: November 8, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge