John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address*:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Mark A. Miller
mmiller@hollandhart.com
Ginger Utley
gutley@hollandhart.com
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Phone: (801) 799-5800
Fax: (801) 799-5700

Attorneys for the Plaintiff
JONATHAN COON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN COON,<br><br>                              Plaintiff,<br><br>          vs.<br><br>REVEAL LABS, INC., a Delaware corporation, and NICHOLAS EVANS, a California resident,<br><br>                              Defendants. | CASE NO.  3:13-CV-05191-RS<br><br>**NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1057153.1
NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF
THE FEDERAL RULES OF CIVIL PROCEDURE                                          3:13-CV-05191-RS

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and in view of the parties' agreement settling this dispute, Plaintiff Jonathan Coon and Defendants Reveal Labs, Inc. and Nicholas Evans hereby stipulate to the dismissal of all claims in this action with prejudice.

Dated: November 27, 2013                         HOPKINS & CARLEY
                                                 A Law Corporation


                                                 By: */s/ John V. Picone III*
                                                     John V. Picone III
                                                     Attorneys for Plaintiff
                                                     JONATHAN COON

Dated:  November 27, 2013                        DURIE TANGRI LLP


                                                 By: */s/ Michael H. Page*
                                                     Michael H. Page
                                                     Kristy A. Murphy
                                                     Attorneys for Defendant
                                                     REVEAL LABS, INC.
                                                     NICHOLAS EVANS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____, 2013


                                 By: _____
                                     District Judge Richard Seeborg

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1057153.1                                    - 2 -
NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF
THE FEDERAL RULES OF CIVIL PROCEDURE                          3:13-CV-05191-RS

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated: November 27, 2013

HOPKINS & CARLEY
A Law Corporation


By: */s/ John V. Picone III*
    John V. Picone III
    Attorneys for Plaintiff
    JONATHAN COON

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1057153.1
NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF
THE FEDERAL RULES OF CIVIL PROCEDURE                                    3:13-CV-05191-RS