1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA 95113-2406

6  *mailing address*:
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone: (408) 286-9800
8  Facsimile: (408) 998-4790

9  Mark A. Miller
   mmiller@hollandhart.com
10 Ginger Utley
   gutley@hollandhart.com
11 HOLLAND & HART LLP
   222 South Main Street, Suite 2200
12 Salt Lake City, Utah 84101
   Phone: (801) 799-5800
13 Fax: (801) 799-5700

14 Attorneys for the Plaintiff
   JONATHAN COON

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19 | JONATHAN COON,                              | CASE NO. 3:13-CV-05191-RS ORDER
20 |                           Plaintiff,        | **NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**
21 |         vs.                                 |
22 |                                             |
23 | REVEAL LABS, INC., a Delaware corporation, and NICHOLAS EVANS, a California resident, |
24 |                                             |
25 |                           Defendants.       |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1057153.1
NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF
THE FEDERAL RULES OF CIVIL PROCEDURE                                    3:13-CV-05191-RS

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and in view of the parties' agreement settling this dispute, Plaintiff Jonathan Coon and Defendants Reveal Labs, Inc. and Nicholas Evans hereby stipulate to the dismissal of all claims in this action with prejudice.

Dated: November 27, 2013

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
    John V. Picone III
    Attorneys for Plaintiff
    JONATHAN COON

Dated: November 27, 2013

DURIE TANGRI LLP

By: */s/ Michael H. Page*
    Michael H. Page
    Kristy A. Murphy
    Attorneys for Defendant
    REVEAL LABS, INC.
    NICHOLAS EVANS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/27_____, 2013

By: _____
    District Judge Richard Seeborg

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1057153.1
- 2 -
NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF
THE FEDERAL RULES OF CIVIL PROCEDURE
3:13-CV-05191-RS