1 | John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
2 | Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
3 | HOPKINS & CARLEY
A Law Corporation
4 | The Letitia Building
70 South First Street
5 | San Jose, CA 95113-2406

6 | *mailing address*:
P.O. Box 1469
7 | San Jose, CA 95109-1469
Telephone: (408) 286-9800
8 | Facsimile: (408) 998-4790

9 | Mark A. Miller
mmiller@hollandhart.com
10 | Ginger Utley
gutley@hollandhart.com
11 | HOLLAND & HART LLP
222 South Main Street, Suite 2200
12 | Salt Lake City, Utah 84101
Phone: (801) 799-5800
13 | Fax: (801) 799-5700

14 | Attorneys for the Plaintiff
JONATHAN COON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN COON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>REVEAL LABS, INC., a Delaware corporation, and NICHOLAS EVANS, a California resident,<br><br>　　　　　　Defendants. | CASE NO.  3:13-CV-05191-RS<br>　ORDER<br><br>**NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1057153.1
NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF
THE FEDERAL RULES OF CIVIL PROCEDURE

3:13-CV-05191-RS

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, and in view of the parties' agreement settling this dispute, Plaintiff Jonathan Coon and Defendants Reveal Labs, Inc. and Nicholas Evans hereby stipulate to the dismissal of all claims in this action with prejudice.

Dated: November 27, 2013

HOPKINS & CARLEY
A Law Corporation

By: */s/ John V. Picone III*
    John V. Picone III
    Attorneys for Plaintiff
    JONATHAN COON

Dated: November 27, 2013

DURIE TANGRI LLP

By: */s/ Michael H. Page*
    Michael H. Page
    Kristy A. Murphy
    Attorneys for Defendant
    REVEAL LABS, INC.
    NICHOLAS EVANS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __11/27_____, 2013

By: _____
District Judge Richard Seeborg

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1057153.1
- 2 -
NOTICE OF STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF
THE FEDERAL RULES OF CIVIL PROCEDURE
3:13-CV-05191-RS